UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA AARON BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case number 1:06cv0155 TCM |
| | ) |
| PERRY COUNTY SHERIFF'S | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This action was referred to the undersigned Magistrate Judge in accordance with Rule 2.08(A) of the Local Rules of the Eastern District of Missouri. Pursuant to that Rule and 28 U.S.C. § 636(c), each party must execute a written consent to the undersigned's jurisdiction before the undersigned may enter a dispositive ruling.

Plaintiff has obtained service on each defendant named in his 42 U.S.C. § 1983. All but one has filed a responsive pleading. The one who has not is Tina Lukefahr. Ms. Lukefahr was served on February 26, 2007; her answer was due on or before March 19, 2007.

Clearly, Ms. Lukefahr is not going to consent to the undersigned ruling on a motion to dismiss filed by another defendant, the Perry County Sheriff's Department. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall randomly reassign the instant cause of action to a United States District Judge for disposition.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of April, 2007.